FILED
CLERK, U.S. DISTRICT COURT

OCT 9, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| SINA KIANPOUR,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br>WELLS FARGO & COMPANY,<br><br>    Defendants. | Case No. 2:19-cv-05812-VAP-SA<br>The Hon. Virginia A. Phillips<br><br>**[PROPOSED] JUDGMENT**<br><br>Action Filed:  July 5, 2019<br>Trial Date:    none set |

Pursuant to the Court's August 20, 2019 Order dismissing Plaintiff's case without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant WELLS FARGO BANK, N.A. (also erroneously sued as Wells Fargo & Company) shall have judgment in its favor and against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant may seek costs of suit.

IT IS SO ORDERED.

DATED: October 9, 2019

_____
HONORABLE VIRGINIA A. PHILLIPS